IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVA C. MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:03-cv-567-MEF |
| | ) | |
| FRANCIS J. HARVEY, Acting Secretary of the Army, | ) ) | |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #91) filed by the parties on January 11, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 12th day of January, 2006.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE